**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Brinda Joyce Bradwell Thomas                Case No. 15-26576-BKC-AJC
                                                   Chapter 13

      Debtor
_____/

**AMENDED [1]MOTION TO COMPEL TURNOVER OF VEHICLE**
(Requesting an Expedited Hearing)

COMES NOW the Debtor, Brinda Joyce Bradwell Thomas, by and through her undersigned

counsel, and files this Motion to Compel Turnover of Vehicle and in support thereof states:

1. The instant case was filed under Chapter 13 on September 16, 2015.

2. Debtor's vehicle a 2007 Mercedes Benz was repossessed by the lender, Creative

   Capital, LLC pre-petition on September 15, 2015.

3. Debtor's Chapter 13 plan provides for a full payment of the balance of the loan as of

   the time of filing with an interest rate of 5.25%.

4. Undersigned counsel's associate, called the lender, Creative Capital, LLC

   immediately upon filing of the bankruptcy petition on September 16, 2015 to advise

   them of the bankruptcy filing and to coordinate turnover of the vehicle.

---

[1] Amended Certificate of Service to correct title of Alejandro Hoffman

5. Undersigned counsel's associate spoke to Alejandro Hoffman and Mr. Hoffman advised undersigned's office that their attorney, Mr. Paul Wilson will be contacting our office.

6. As of the date of the instant motion neither Mr. Wilson or Mr. Hoffman have contacted undersigned.

7. Debtor's vehicle is her sole mode of transportation.

WHEREFORE the Debtor respectfully request that this Court grant this Motion and Order Creative Capital, LLC to turnover the vehicle to the debtor immediately and grant such further relief as this Court may deem just and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Nancy N. Neidich, Trustee, and Creative Capital, LLC via e-mail: creativecapital_llc@yahoo.com, via certified and regular mail to Creative Capital, LLC, c/o Alejandro D. Hoffman, Registered Agent, 20936 NW 37th Court, Aventura, FL 33180 and via regular mail to Creative Capital, LLC,  Attn: Daniel Aleksander, Manager, 2209 NE 77th Street, Hallandale, Beach, FL 33009 and debtor, Brinda Joyce Thomas Bradwell, 3271 NW 51st Street, Miami, FL 33142.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161