# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Brinda Bradwell        JOINT DEBTOR:                         CASE NO.: 15-26576-AJC
Last Four Digits of SS# 4248        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 688.28    for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525(Motion to Value Property) = $4,175.00
    TOTAL PAID $1500 Balance Due $2,675.00 payable $ 53.50/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____    Arrearage on Petition Date  $_____
Address:_____    Arrears Payment    $_____/month (Months ____ to ____)
_____    Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Creative Capital LLC POB 630373 Miami, FL 33163 | 2007 Mercedes Benz E350 $5,500 | 5.25% | $246.82 | 1 To 60 | $13,000 at 5.25% for a total paid in of $14,809.07 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due  $ 17975.10
    Payable    $ 299.60    /month (Months 1  to 60 )

Unsecured Creditors: Pay $ 19.53/month (Months 1 to 50) and Pay $ 73.03 /month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                    Joint Debtor
Date: 10-6-2015                        Date: _____

LF-31 (rev. 01/08/10)