UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Brinda Joyce Bradwell Thomas   Case No: 15-26576-AJC
Debtor   Chapter 13
_____/

### NOTICE OF WITHDRAWAL OF EXPEDITED AMENDED MOTION TO COMPEL TURNOVER OF VEHICLE

**COMES NOW,** undersigned counsel and files this Notice of Withdrawal of Expedited Amended Motion to Compel Turnover of Vehicle [ECF#19].

**I HEREBY CERTIFY,** that a copy of this Notice of Withdrawal of Expedited Amended Motion to Compel Turnover of Vehicle was sent via CM/ECF to: Nancy N. Neidich, Trustee and Soneet Kapila, Trustee via U.S. Regular Mail to: Creative Capital, LLC via e-mail: creativecapital_llc@yahoo.com and Paul Wilson, Esq. pwilson@wilson-daley.com, via regular mail to Creative Capital, LLC, c/o Alejandro D. Hoffman, Registered Agent, 20936 NW 37th Court, Aventura, FL 33180 and via regular mail to Creative Capital, LLC, Attn: Daniel Aleksander, Manager, 2209 NE 77th Street, Hallandale, Beach, FL 33009 and debtor, Brinda Joyce Thomas Bradwell, 3271 NW 51st Street, Miami, FL 33142.

        **ROBERT SANCHEZ, P.A.**
        355 West 49th Street
        Hialeah, FL  33012
        Tel. 305-687-8008

        By:/s/ Robert Sanchez_____
         Robert Sanchez, Esq., FBN#0442161